

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00725-CV

Dos Republicas Coal Partnership
v.
David Saucedo, as Floodplain Administrator and County Judge of the Maverick County
Commissioners Court, and the Maverick County Commissioners Court

On Appeal from the
293rd District Court of Maverick County, Texas
Trial Cause No. 14-03-29340-MCV

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED to the trial court for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

October 8, 2015